1  **ELLIS M. JOHNSTON III**
   California Bar No. 223664
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Facsimile: (619) 687-2666
   ellis_johnston@fd.org
5

6  Attorneys for Defendant Mr. Thurlow

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       )    Case No. 07mj2964
                                   )
12            Plaintiff,           )
                                   )
13 v.                              )
                                   )    **NOTICE OF APPEARANCE**
14 **RYAN DEAN THURLOW**,          )
                                   )
15            Defendant.           )
                                   )
16

17         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18 Ellis M. Johnston, Federal Defenders of San Diego, Inc., files this Notice of Appearance as attorney in the

19 above-captioned case.

20                                              Respectfully submitted,

21 Dated: December 28, 2007                      *s/ Ellis M. Johnston, III*
                                                 Federal Defenders of San Diego, Inc.
22                                               Attorneys for Defendant
                                                 ellis_johnston@fd.org
23

24

25

26

27

28