**ELLIS M. JOHNSTON III**
California Bar No. 223664
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
E-mail: ellis_johnston@fd.org

Attorneys for Mr. Thurlow

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | Case No. 07mj2964 |
| )  Plaintiff,                    ) | |
| )                                ) | |
| v.                               ) | **PROOF OF SERVICE** |
| )                                ) | |
| **RYAN DEAN THURLOW**,           ) | |
| )                                ) | |
| Defendant.                       ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**United States Attorney**
efile.dkt.gc2@usdoj.gov

Dated: December 28, 2007

s/ Ellis M. Johnston, III
**ELLIS M. JOHNSTON III**
Federal Defenders of San Diego, Inc.
E-mail: ellis_johnston@fd.org