# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )
             )
       Plaintiff   )   CRIMINAL NO. _07mj2964_
             )
             )    ORDER
      vs.     )
             )  RELEASING MATERIAL WITNESS
Ryan Dean Thurlow   )
             )   Booking No.
      Defendant(s)   )
_____ )

On order of the United States District Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Francisca Oliva - Gonzalez

DATED: __1/3/08__

FLEO S. PAPAS

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
      DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____ Deputy Clerk

✩ U.S. GPO: 2003-581-774/70082