AO 455 (Rev. 5/85)  Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

**FILED**

JAN 1 0 2008

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.

RYAN DEAN THURLOW

**WAIVER OF INDICTMENT**

CASE NUMBER: _08CR75-H_

I, RYAN DEAN THURLOW, the above-named defendant, who is accused of committing the following offenses:

> Transportation of Illegal Aliens and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II) (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on ____1·10·08____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

x _Ryan D. Thurlow_
Defendant

_____
Defense Counsel

Before _____
Judicial Officer