# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br>　vs.<br>RYAN DEAN THURLOW,<br><br>　　　　　　　　　Defendant. | CASE NO. 08-CR-0075 H<br><br>**ORDER DENYING DEFENDANT'S MOTION** |

　　On April 28, 2008, the Court accepted defendant Ryan Dean Thurlow's plea of guilty to one count of transportation of an illegal alien in violation of 8 U.S.C. § 1324. (See Doc. No. 24.) The Court sentenced Defendant to an 18 month term of imprisonment, followed by two years of supervised release. (Doc. No. 25.) Defendant presently is in federal custody in Victorville, California, which is not within the Southern District of California.

　　Defendant has submitted a motion for disposition of outstanding warrants and/or detainers. The motion, which is filed on a state court form, does not specify the date(s) and/or jurisdiction(s) of the warrants or detainers. The Court notes that Defendant's pre-sentence report does not reflect any outstanding charges, warrants or detainers within this Court's jurisdiction. Accordingly, the Court concludes that Defendant's motion fails to provide sufficient information for this Court to act. Additionally, even if Defendant provided sufficient information regarding an outstanding warrant or

1  detainer within this Court's jurisdiction, the Court concludes that these could be
2  addressed by the relevant jurisdiction at an appropriate time. See U.S. v. Wickham, 618
3  F.2d 1307, 1311 (9th Cir. 1979).
4      In light of the foregoing, the Court denies Defendant's motion.
5  IT IS SO ORDERED.
6  DATED: August 19, 2008

         *[signature]*
         MARILYN L. HUFF, District Judge
         UNITED STATES DISTRICT COURT

COPIES TO:
All parties of record.

- 2 -     08cr75